AMERICAN FEDERATION OF TEACHERS LOCAL 2012

v.

RHODE ISLAND BOARD OF REGENTS FOR EDUCATION.

No. 81–194–A.

Supreme Court of Rhode Island.

April 30, 1981.

Abedon, Michaelson, Stanzler, Skolnik & Lipsey, Richard A. Skolnik, Providence, for plaintiff.

William G. DeMagistris, Providence, for defendant.

## ORDER

The plaintiff's motion to vacate the stay entered by order of the Superior Court, as prayed, is denied, provided, however, that the order of the Superior Court is hereby modified insofar as it requires the filing of a bond, and Leo Pocchiari shall not be required to file said bond. The defendant's motion to stay the payment of back pay pending this appeal is denied.